UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY BERENICE RODRIGUEZ-MEZA,<br><br>　　　　　　　　Petitioner,<br><br>　　　v.<br><br>PAMELA BONDI, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 5:26-cv-01120-FLA (SK)<br><br>**ORDER BARRING PETITIONER'S REMOVAL FROM THE UNITED STATES OR TRANSFER FROM THIS DISTRICT DURING THE PENDENCY OF THE ACTION** |

On March 11, 2026, Petitioner Katy Berenice Rodriguez-Meza ("Petitioner") filed the subject *Ex Parte* Application for Temporary Restraining Order ("Application") requesting the court issue an order "directing Respondents to immediately release Petitioner from custody and barring her re-detention unless and until Respondents prove by clear and convincing evidence at a pre-deprivation bond hearing before a neutral arbiter that she is either a danger to others or a flight risk." Dkt. 4 at 1.

To preserve the court's jurisdiction pending a ruling in this matter, it is **ORDERED** that Petitioner shall not be removed from the United States unless and until this court orders otherwise. *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631,

1

634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction."); *see also Belbacha v. Bush*, 520 F.3d 452, 455–56 (D.C. Cir. 2008) ("If a case presents a 'substantial' jurisdictional question, then under the All Writs Act, 28 U.S.C. § 1651, a district court may act to preserve its jurisdiction while it determines whether it has jurisdiction.").

Further, given Petitioner's interest in participating in further proceedings before this court and maintaining adequate access to legal counsel throughout the duration of these proceedings, it is **ORDERED** that Petitioner shall not be transferred outside this District absent further order from this court. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) (holding "the District Court had the power to preserve existing conditions while it was determining its own authority to grant injunctive relief").

IT IS SO ORDERED.

Dated: March 23, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2